**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David L. BAYNES, Petitioner**

No. 348 WAL 2016

Supreme Court of Pennsylvania.

January 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**